FILED
2014 Apr-17  AM 11:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **JOHN P. NORRED,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO.: |
| | ) 1:13-CV-1664-VEH |
| | ) |
| **OCWEN LOAN SERVICING, LLC,** | ) |
| | ) |
| Defendant. | ) |

## ORDER DISMISSING CASE

All parties hereto have filed a Joint Stipulation of Dismissal With Prejudice, doc. (13).  Therefore, the court **ORDERS** that this action and all claims contained herein are **DISMISSED WITH PREJUDICE**, costs taxed as paid.

**DONE** and **ORDERED** this 17th day of April, 2014.



**VIRGINIA EMERSON HOPKINS**
United States District Judge